# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re:  TAMMIE S. TALLENT       §      Case No. 09-74583
                                    §
                                    §
        Debtors                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  10/20/2009 .

2)  The plan was confirmed on  02/05/2010 .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  06/03/2010.

5)  The case was converted on  07/20/2010 .

6)  Number of months from filing or conversion to last payment:  5 .

7)  Number of months case was pending:  9 .

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  $1,000.00 .

10) Amount of unsecured claims discharged without full payment:  $0.00 .

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 1,180.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,180.00 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 153.80 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 87.82 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 241.62 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 153.80 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 4,500.00 | 4,500.00 | 4,500.00 | 688.22 | 250.16 |
| CAPITAL ONE AUTO FINANCE | Uns | 1,175.00 | 3,899.97 | 3,899.97 | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 66.00 | 66.00 | 66.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,562.82 | 791.66 | 791.66 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 1,869.69 | NA | NA | 0.00 | 0.00 |
| ENCORE RECEIVABLE | Uns | 576.18 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 1,048.16 | NA | NA | 0.00 | 0.00 |
| FINGERHUT DIRECT MARKETING | Uns | 312.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Uns | 424.73 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 854.34 | NA | NA | 0.00 | 0.00 |
| METRO MEDICAL SERVICES INC | Uns | 460.25 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,122.10 | 877.10 | 877.10 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 697.64 | 771.16 | 771.16 | 0.00 | 0.00 |
| NICOR GAS | Uns | 290.00 | 360.69 | 360.69 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 923.50 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 5,398.54 | 1,876.38 | 1,876.38 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SALUTE CARD SERVICE | Uns | 437.77 | NA | NA | 0.00 | 0.00 |
| TRIBUTE CARD SERVICE | Uns | 876.43 | NA | NA | 0.00 | 0.00 |
| SHEILA TALLENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY TERRY HOSS & | Uns | 0.00 | 254.60 | 254.60 | 0.00 | 0.00 |
| COMED | Uns | 0.00 | 630.03 | 630.03 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 908.11 | 908.11 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,500.00 | $ 688.22 | $ 250.16 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 4,500.00 | $ 688.22 | $ 250.16 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 10,435.70 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 241.62 |
| Disbursements to Creditors | $ 938.38 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 1,180.00 |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  08/05/2010          By:  /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**